**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 12 C 149 |
| Plaintiffs, | ) ) | Judge Nordberg |
| v. | ) ) | Magistrate Valdez |
| SKYLIGHT CONSULTANTS OF AMERICA, INC., A Florida Corporation, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, by and through their attorneys, and in their Motion for Judgment in Sum Certain, state as follows:

1. Plaintiffs filed their Complaint on January 9, 2012 seeking judgment on a fringe benefit contributions audit of Defendant by Plaintiffs' auditor.

2. Defendant failed to answer Plaintiffs' Complaint, and this Court found it in default on November 14, 2012.

3. Per the affidavit of Plaintiffs' auditor, Defendant is delinquent to the Plaintiff Funds in the following amounts:

    a. $17,216.38 in delinquent contributions consisting of package differential;

    b. $1.46 in dues;

    c. $2,582.67 in liquidated damages on the preceding two items;

    d. an additional $176.02 liquidated penalty; and

    e. $1,395.00 in audit costs. See Ex. A.

4. Per the affidavit of Plaintiffs' counsel, Plaintiffs have incurred $5,150.00 in costs and attorneys' fees in the instant action and the attempted collection of Defendant's delinquency. See Ex. B.

WHEREFORE, Plaintiffs ask this Court to enter the Order attached to this Motion as Exhibit C.

    Respectfully submitted,

    **TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

    By:    s/Andrew S. Pigott
          One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415